IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH BARNHILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV410 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| M.H.F. TRUCK SERVICE, INC., and | ) | |
| M.H.F. EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion for Interdistrict Transfer Pursuant to 28 U.S.C. § 1404 (Filing No. 22). This case was terminated and referred to the United States Bankruptcy Court for the District of Nebraska by the court's October 25, 2004 Order (Filing No. 21). Upon consideration,

**IT IS ORDERED:**

The plaintiff's Motion for Interdistrict Transfer Pursuant to 28 U.S.C. § 1404 (Filing No. 22) is stricken, subject to refiling with the United States Bankruptcy Court for the District of Nebraska.

DATED this 16th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge