```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| M.H.F. TRUCK SERVICE, INC., | ) | |
| | ) | CASE NO. BK03-33014 (W.D. Pa.) |
| Debtor(s). | ) | |
| JOSEPH BARNHILL, | ) | A05-8069 |
| | ) | |
| Plaintiff, | ) | 8:04CV410 |
| | ) | |
| vs. | ) | CH. 7 |
| | ) | |
| M.H.F. LOGISTICAL SOLUTIONS, | ) | |
| INC.; M.H.F. TRUCK SERVICE, | ) | |
| INC.; & M.H.F. EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

                        REPORT & RECOMMENDATION

   This case was transferred from the district court because a party was in a bankruptcy case. Having reviewed the docket, it appears that a final decree has since been entered in the underlying bankruptcy case and the bankruptcy case has been closed. Therefore, there is no reason for this court to continue its jurisdiction over the matter. Reference of this case may be withdrawn by the district court for progression in the ordinary course.

   I hereby respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this case.

   DATED:   September 27, 2005

                                   RESPECTFULLY SUBMITTED:

                                   /s/ Timothy J. Mahoney
                                   Chief Judge

Notice given by the Court to:
    John M. Burns
    Rex K. Travis
    Jerald L. Rauterkus
    U.S. Trustee